**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Adv. Case No. 26-01035 |
| | ) | |
| | ) | |
| Laveta Lashawn Bell | ) | Case No. 25-15417 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Jessica Price Smith |

---

| | |
|---|---|
| Laveta Lashawn Bell | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Midland Credit Management Inc. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Now comes Plaintiff Laveta Lashawn Bell, by and through her attorney, and pursuant to FRBP 7041, incorporating FRCP 41, files her Notice of Dismissal of the Adversary Complaint herein.

Date: May 5, 2026

/s/ Antoinette E. Freeburg
Antoinette E. Freeburg (#0071075)
FREEBURG LAW, LLC
8228 Mayfield Rd. STE 4B
Chesterland OH 44026
Phone/Fax: 440-536-8039-
toni@freeburglaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 5th day of May 2026, a true and correct copy of the notice of dismissal was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

via regular U.S. Mail, postage prepaid, on:

Midland Credit Management Inc
350 Camino De La Reina
#100
San Diego, CA 92108

/s/Antoinette E. Freeburg
Antoinette E. Freeburg (0071075)
FREEBURG LAW, LLC
8228 Mayfield Rd. STE 5B
Chesterland OH 44026
Phone 440-421-9181; Fax 440-536-8039
toni@freeburglaw.com
Attorney for Debtor